```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

IN RE: WILBERT LUCIOUS THOMPSON AND  { CHAPTER 13
       COLLISHA ZORNEKE THOMPSON,    {
                                     {
       DEBTOR(S)                     { CASE NO. A18-65421-SMS
                                     {
                                     { JUDGE SIGLER

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The Debtor(s)' payments under the proposed plan are not current.

    2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (63 months).

    3. The voluntary petition fails to reflect Debtor Wilbert Lucious Thompson's correct name of Wilbert Lucious Thompson, Jr.

    4. The Debtor has not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b)(1)(E) F.R. Bankr. P.

    5. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

    6. The Chapter 13 composition plan proposes to pay secured debts of $41,752.21 for two (2) vehicles purchased on or about March and July of 2018; thereby, indicating a lack of good faith in proposing a repayment plan, 11 U.S.C. Section 1325(a)(3).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
brandik@atlch13tt.com

      7.   The Chapter 13 Plan fails to provide the correct creditor, purchase date and collateral for the claims of Chrysler Capital and Exeter Finance, LLC, preventing the Trustee from properly administering this plan.

      8.   Schedule H fails to provide complete Co-Debtor information for the debt owed to Exeter Finance, LLC.

      9.   The Debtor(s)' Schedule I fails to accurately reflect Debtor Wilbert Thompson's retirement contribution; thereby preventing the Chapter 13 Trustee from determining the feasibility of the proposed plan, in violation of 11 U.S.C. Section 11 U.S.C. Section 1325 (a)(6).

      10.  The funding of post-petition mortgage payments has not been maintained in the above-styled Chapter 13 case; thereby, rendering the present budget and proposed Plan infeasible, 11 U.S.C. Section 1325(a)(6).

      11.  Due to a change in circumstances since filing, Schedules I and J do not correctly reflect the current financial situation, thereby preventing the Trustee from evaluating feasibility, 11 U.S.C. Section 1325(a)(6); specifically, the Debtors' food stamp assistance has decreased to $224.00 per month.

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                      _____/s/_____
                                      Brandi L. Kirkland, Attorney
                                      for Chapter 13 Trustee
                                      GA Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
brandik@atlch13tt.com

A18-65421-SMS

**CERTIFICATE OF SERVICE**

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

WILBERT LUCIOUS THOMPSON
60 ROUNDTREE ROAD
RIVERDALE, GA 30274

COLLISHA ZORNEKE THOMPSON
60 ROUNDTREE ROAD
RIVERDALE, GA 30274

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

ATTORNEY FIRM NAME

SLIPAKOFF & SLOMKA, PC


This 14th day of January 2019




_____/s/_____
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
GA Bar No. 423627




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
brandik@atlch13tt.com