**IT IS ORDERED as set forth below:**

**Date: December 3, 2021**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-65421-sms |
| WILBERT LUCIOUS THOMPSON AKA WILBERT LUCIOUS THOMPSON, JR. and COLLISHA ZORNEKE THOMPSON, | CHAPTER: 13 |
| Debtors. | JUDGE: HONORABLE SAGE M. SIGLER |
| PENNYMAC LOAN SERVICES, LLC, Movant, | |
| v. | CONTESTED MATTER |
| WILBERT LUCIOUS THOMPSON AKA WILBERT LUCIOUS THOMPSON, JR. and COLLISHA ZORNEKE THOMPSON, Debtors K. EDWARD SAFIR, Trustee, Respondents. | |

<u>CONSENT ORDER ON MOTION FOR RELIEF FROM STAY (#50)</u>

The above styled Motion filed September 9, 2021, (Docket No. 50) having been scheduled for a

hearing before the Court on November 2, 2021, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

THE PARTIES AGREE that the post-petition arrearage through October 1, 2021, totals $7,720.17, including seven (7) payments of $842.83 each, and one (1) payment of $782.36, $188.00 for a filing fee and $850.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Movant acknowledges suspense funds in the amount of $239.84. Beginning December 1, 2021, Debtors shall resume timely remittance of the regular monthly mortgage payments. Beginning December 15, 2021 and continuing on the 15th day of each subsequent month, Debtors shall pay an additional $623.36 per month, for eleven (11) months and (1) payment of $623.37 due on or before November 15, 2022, or until the arrearage is cured. Payments should be sent to:

PennyMac Loan Services, LLC
PO Box 660929
Dallas, TX 75266-0922
or to such address as may be designated.

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 60 Roundtree Rd, Riverdale, Georgia 30274 is **DENIED**, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter. It is

FURTHER ORDERED that should Debtors default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents for a period of two (2) year from the date of entry of this order, then upon notice of default sent by first class mail to Debtors, attorney for Debtors and the Trustee, and failure of Debtors to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtors, attorney

for Debtors and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing. It is

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived. It is

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholders properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtors, shall be paid to the Trustee for the benefit of the Estate while the Debtors remains in bankruptcy.

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center  3575 Piedmont Road, N.E., Suite 500  Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: bjordan@aldridgepite.com

*/s/ Howard P. Slomka* with express permission
Howard P. Slomka, Bar No. 652875
Attorney for Debtors
Suite 391
6400 Powers Fery Road NW
Atlanta, GA 30339
Phone: (404) 800-4001
Email: HS@ATL.law

NO OPPOSITION:
*/s/ Albert C. Guthrie* with express permission
Albert C. Guthrie, Bar No. 142399
Attorney for Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

DISTRIBUTION LIST

Wilbert Lucious Thompson
60 Roundtree Road
Riverdale, GA 30274

Collisha Zorneke Thompson
60 Roundtree Road
Riverdale, GA 30274

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 391
6400 Powers Fery Road NW
Atlanta, GA 30339

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305