**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

|  |  |  |
|---|---|---|
|  | : |  |
| WILBERT LUCIOUS THOMPSON AKA | : | CHAPTER 13 |
| WILBERT LUCIOUS THOMPSON, JR | : |  |
| And | : |  |
| COLISHA ZORNEKE THOMPSON | : | CASE NO.: 18-65421-sms |
|  | : |  |
| Debtor. | : |  |

====================================================================

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that DEBTOR has filed a "MOTION TO APPROVE SALE OF REAL PROPERTY" and related papers with the Court seeking approval to sell his residence and pay off the Bankruptcy case.

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion at the following number:

    (toll-free number*: **833-568-8864***; meeting id: **161 179 4270**,

**at 10:00 a.m. on January 10, 2023**  in Courtroom 1201, U. S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

    Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the

Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

DATE: December 9, 2022

_____/s_____
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Howard Slomka, PC
3000 Heritage Walk, Suite 304
Milton, GA 30004
(770)856-5793
HS@atl.law

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:
                                        :
WILBERT LUCIOUS THOMPSON AKA   :        CHAPTER 13
WILBERT LUCIOUS THOMPSON, JR   :
And                            :
COLISHA ZORNEKE THOMPSON       :        CASE NO.: 18-65421-sms
                                        :
            Debtor.            :
================================================================

**MOTION TO APPROVE SALE OF REAL PROPERTY**

Comes now, WILBERT LUCIOUS THOMPSON and COLLISHA ZORNEKE

THOMPSON Debtor in the above styled Chapter 13 case, byand through undersigned counsel,

and files this Motion to Approve Sale of Real Property (the "Motion") showing to this

Honorable Court the following:

1.

The Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28

U.S.C.Section 151 et seq., and 11 U.S.C. Section 101 et seq.

2.

Venue is appropriate pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157.

4.

Debtor filed for relief in the above-styled Chapter 13 case on September 14, 2018 and

Debtor's case Chapter 13 Plan was confirmed on June 12, 2019.

5.

Debtor requests the right to sell the real property located at 60 Rountree Road,

Riverdale, GA 30274 (the "Property").  The property is currently subject to one mortgage lien

held by Pennymack Loan Services ("Creditor").  The Debtor's petition provides that the fair

market value of the Property at the time of filing was $109,445.00

6.

FEROCITY ASSETS, LLC ("Buyer") and Debtor (as seller) have entered into the

Purchase and Sale Agreement  (the "Agreement"), a copy of which is attached hereto as

*Exhibit A*. The Buyer has agreed to purchase the Property from Debtor for $ 150,000.00.

The price and terms of the proposed sale are fair and reasonable.  There are NO real estate

brokers involved in this transaction.

7.

Debtor and Buyer are not related, and the Buyer is not an "Insider" as defined in 11

U.S.C. Section 101. There is sufficient equity in the Property that will be available to pay

Debtor's' creditors a dividend of 100%  in order to fully pay off the Chapter 13 Plan, after

paying off the mortgage in its entirety (approximately $89,000) and all closing costs.

8.

Debtor respectfully requests that she be allowed to sell the Property, satisfy the

Contract, pay off the Creditor at closing, pay off the Chapter 13 Plan in full, and direct $1,500

to Debtor's counsel for filing and serving this motion, preparing all orders, and who will assist

as Seller's counsel for the real estate closing, and title agent.

WHEREFORE Debtor prays:

That this Honorable Court will consider this Motion;

That this Honorable Court will grant the Debtor's request to sell the Property; and

That this Honorable Court grant such other and further relief as it deems just and proper.

Dated this 9th day of December, 2022

Respectfully Submitted,

_____/s/_____

Howard Slomka, Esq.

GA Bar #652875
Attorney for  Debtor
Howard Slomka, PC
3000 Heritage Walk, Suite 304
Milton, GA 30004
(770)856-5793
HS@atl.law

**EXHIBIT A**

CONTRACT



# PURCHASE AND SALE AGREEMENT

**Date:** 11-23-2022

**Address:** 60 Rountree Rd, Riverdale, GA 30274

1.    **Purchase and Sale.** The undersigned buyer ("Buyer") agrees to buy and the undersigned seller ("Seller") agrees to sell all that tract or parcel of land, with such improvements as are located thereon, described as follows:

2.    **Purchase Price and Method of Payment.** Buyer warrants that buyer will have sufficient cash at closing. **The purchase price of the property to be paid by buyer at closing is $** 150,000

3.    **Closing Costs and Discount Points.** Seller shall, at the time of closing, contribute a sum not to exceed $**ZERO**

4.    **Earnest Money.** Buyer will pay to **CHALKER & CHALKER, LLC** ("Holder") earnest money of $ 1,000 within 2 business days of Binding Agreement Date.

5.    **Closing and Possession.**

  **A. Property Condition:** Seller warrants that at the time of closing or upon the granting of possession if at a time other than closing, the Property will be in substantially the same condition as it was on Binding Agreement Date, except for normal wear and tear

  **B.**    **Taxes:** Real estate taxes on said Property for the calendar year in which the sale is closed shall be prorated as of the date of closing. Buyer shall pay State of Georgia property transfer tax.

  **C. Timing of Closing and Possession:** This transaction shall be closed on 12-30-2023 or on such other date deemed appropriate by both parties.

6.    **Title**

  **A. Warranty.** Seller warrants that, at the time of closing, Seller will convey good and marketable title to said Property by General Warranty Deed

7.    **Inspection.** Buyer and/or Buyer's representatives shall have the right to enter the Property at Buyer's expense and at reasonable times (including immediately prior to closing) to thoroughly inspect, examine, test and survey the Property. This shall include

the right to inspect and .test for lead-based paint and lead-based paint hazards for not less than ten days from the Binding Agreement Date.

   **A.      Property Sold "As is" WITH a Due Diligence Period.** All parties agree that the Property is being sold "as is," with all faults including but not limited to lead-based paint and lead-based paint hazards and damage from termites and other wood destroying organisms. The Seller shall have no obligations to make repairs to the Property. **Buyer shall have** 14 **business days from first access to inspect the property.** Buyer may choose to terminate this agreement before the end of the Due Diligence Period without reason or cause and be entitled to a full refund of its Earnest Money.

8.    **Other Provisions.**
   **A. Binding Effect, Entire Agreement, Modification, Assignment:** This agreement shall be for the benefit of, and be binding upon Buyer and Seller, their heirs, successors, legal representatives and permitted assigns. This Agreement constitutes the sole and entire agreement between the parties hereto. Buyer reserves the right to assign this Agreement to a third-party purchaser, or to novate this Agreement with a replacement Agreement with a third-party purchaser, and in such event.
   **B. Survival of Agreement.** All conditions or stipulations not fulfilled at the time of closing shall survive the closing until such time as the conditions or stipulations are fulfilled.
   **C. Memorandum of Contract.** Seller agrees that Buyer may execute, acknowledge and record a memorandum of this Contract, and, in the event Buyer elects to execute, acknowledge and record the Memorandum of Contract, Buyer shall execute, acknowledge and deliver to Escrow Agent a notice of termination and quitclaim deed of any interest in the property (the "Notice of Termination"). Escrow Agent shall, upon proper cancellation or termination of this Contract and without further instruction from the Parties, record the Notice of Termination in the Official Records of the County.
   **D. Delivered Vacant.** The property must be delivered vacant on the closing date mentioned in this agreement.
   **E. Right to List the Property.** Seller gives the buyer rights to list the property on the Multiple Listing Service (MLS).
   **F. Access Agreement.** Ferocity Assets LLC has access to the property 2 Day(s) per week and 1 Hour(s) per property visit.

9.    **Time Limit Offer.** This instrument shall be open for acceptance until 3:00 o'clock **PM** on the day of November 23 , 2022.

10. **Exhibits and Addenda.** All exhibits and/or addenda attached hereto, listed below, or referenced herein are made a part of this Agreement. If any such exhibit or addendum conflicts with any preceding paragraph, said exhibit or addendum shall control.

**SPECIAL STIPULATIONS:** The following Special Stipulations, if conflicting with any exhibit, addendum, or preceding paragraph, shall control.

**Property Sold As IS**

**Buyer pays all closing costs**

```
This agreement is contingent upon Seller meeting the necessary requirements and
 qualifications needed in order to obtain the ability to sell based on the
bankruptcy situation
```

SIGNATURES ON FOLLOWING PAGE

# <u>SIGNATURE PAGE</u>

<u>RE: CONTRACT FOR:</u>  60 Rountree Rd, Riverdale, GA 30274

## <u>Seller:</u>

*Collisha Thompson*

95B299E25851470...

**Seller's Signature**

Collisha Thompson

**Seller's Printed Name**

912-506-2902

**Phone Number**

collishathompson@yahoo.com

**Email**

## <u>Buyer:</u>

1627F4DD1A2A44B...

**Buyer's Signature**

<u>Ferocity Assets LLC</u>  Giovanni Palomba - Managing Member

Print Name

 83-27007722

EIN NO.

 770-756-3964

Phone Number

**Gino@ferocityassets.com**

Email

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

|  |  |  |
|---|---|---|
|  | : |  |
| WILBERT LUCIOUS THOMPSON AKA | : | CHAPTER 13 |
| WILBERT LUCIOUS THOMPSON, JR | : |  |
| And | : |  |
| COLISHA ZORNEKE THOMPSON | : | CASE NO.: 18-65421-sms |
|  | : |  |
| Debtor. | : |  |

================================================================

**CERTIFICATE OF SERVICE**

I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated: December 9, 2022


_____/s_____
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Howard Slomka, PC
3000 Heritage Walk, Suite 304
Milton, GA 30004
(770)856-5793
HS@atl.law

```
Label Matrix for local noticing        Account Management Systems          Allied Interstate
113E-1                                  PO Box 3477                         PO Box 1954
Case 18-65421-sms                       Marietta, GA 30061-3477             Southgate, MI 48195-0954
Northern District of Georgia
Atlanta
Fri Dec  9 15:14:51 EST 2022

Allstate Insurance                      Ashley Funding Services, LLC        Atlanta Heart Associates
PO Box 660642                           Laboratory Corp of America Holdings  PO Box 102540
Dallas, TX 75266-0642                   Resurgent Capital Services          Atlanta, GA 30368-0540
                                        PO Box 10587
                                        Greenville, SC 29603-0587

Atlantic Credit & Finance               Benuck & Rainey Inc                 (p)BIG PICTURE LOANS
c/o Emmett L. Goodman                   221 Old Concord Tpke                PO BOX 704
544 Mulberry Street                     Barrington, NH 03825-5155           WATERSMEET MI 49969-0704
Suite 800
Macon, GA 31201-8261

CITI                                    (p)CAINE & WEINER COMPANY           Capital One Auto Finan
PO Box 22060                            12005 FORD ROAD 300                 3901 Dallas Pkwy
Tempe, AZ 85285-2060                    DALLAS TX 75234-7262                Plano, TX 75093-7864

Capital One Auto Finance                Capital One Auto Finance, a division of Capi  Capital One Bank (USA), N.A.
4515 N Santa Fe Ave. Dept. APS          4515 N Santa Fe Ave. Dept. APS      by American Info source as agent
Oklahoma City, OK 73118-7901            Oklahoma City, OK 73118-7901        PO Box 71083
                                                                            Charlotte, NC  28272-1083

(p)JPMORGAN CHASE BANK  N A             Chrysler Capital                    Commonwealth Financial
BANKRUPTCY MAIL INTAKE TEAM             P.O. Box 961275                     245 Main St
700 KANSAS LANE FLOOR 01                Fort Worth, TX 76161-0275           Dickson City, PA 18519-1641
MONROE LA 71203-4774

Convergent                              Cooperative Heathcare               Credence
800 SW 39th Street                      PO BOX 1213                         17000 Dallas Parkway
Post Office Box 9004                    Brunswick, GA 31521-1213            Suite 204
Renton, WA 98057-9004                                                       Dallas, TX 75248-1940

Credit Coll                             Credit One Bank                     Digestive Healthcare of Georgi
Po Box 607                              PO Box 98873                        95 Collier Road NE
Norwood, MA 02062-0607                  Las Vegas, NV 89193-8873            Suite 4075
                                                                            Atlanta, GA 30309

Diversified Account System              Durham & Durham                     Evan Owens Durkovic
PO Box 870547                           5665 New Northside Drive            Aldridge Pite, LLP
Morrow, GA 30287-0547                   Suite 340                           3575 Piedmont Road N.E.
                                        Atlanta, GA 30328-5834              Ste 500
                                                                            Atlanta, GA 30305-1636

(p)EAGLES LANDING FAMILY PRACTICE       Emerginet - Henry LLC               Emerginet Henry, LLC
2330 PATRICK HENRY PARKWAY              c/o North Amer. Credit Service      P.O. Box 56225
SUITE 200                               Post Office Box 182221              Atlanta, GA 30343-0225
MCDONOUGH GA 30253-4215                 Chattanooga, TN 37422-7221
```

Exeter Finance LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Exeter Finance Llc
Po Box 166097
Irving, TX 75016-6097

First Georgia Physician Group
PO BOX 14099
Belfast, ME 04915-4034


(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Emergency Associates
PO Box 10066
Savannah, GA 31412-0266

Georgia Power
407 Cedar Creek Road
Winder, GA 30680-3411


Georgia Power Company
2500 Patrick Henry Pkwy
BIN 80003
McDonough, GA 30253-4298

Radha E. Gordon
Aldridge Pite, LLP
Suite 500, Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Atlanta, GA 30305-1636

Great Expression Denatl Center
2220 Wisteria Drive
Suite 300
Snellville, GA 30078-4604


Hillcrest, Davidson & Assoc
850 N. Dorothy Drive
Suite 512
Richardson, TX 75081-2794

I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

IBG LLC
PO BOX 2557
Kennesaw, GA 30156-9109


IC System Inc
PO Box 64378
Saint Paul, MN 55164-0378

INPHYNET PRMRY CARE PHY SE, PC
PO Box 1123
Minneapolis, MN 55440-1123

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JNR Adjustment Company
7001 E Fish Lake Road
Suite 200
Maple Grove, MN 55311-2844

Brian K. Jordan
Aldridge Pite, LLP
Suite 500 - Fifteen Piedmont Center
3575 Piedmont Road, NE
Atlanta, GA 30305-1636


(p)LCA COLLECTIONS
ATTN ATTN GOVT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

LVNV Funding
625 Pilot Road
Suite 2/3
Las Vegas, NV 89119-4485

LVNV Funding LLC C/O Resurgent Capital Servi
P.O. Box 10675
Greenville, SC 29603-0675


Lvnv Funding Llc
Po Box 1269
Greenville, SC 29602-1269

MSB
PO Box 16755
Austin, TX 78761-6755

May Howell
1673 NE Jacksonville Road
Citra, FL 32113


Wanda D. Murray
Aldridge Pite, LLP
4375 Jutland Drive
San Diego, CA 92117-3600

Bryce R. Noel
Aldridge Pite, LLP
3575 Piedmont Road, NE, Suite 500
Fifteen Piedmont Center
Atlanta, GA 30305-1527

Northside Radiology
1200 Northside Forsyth Drive
Cumming, GA 30041-7659


OSLA on behalf Of U.S. Dept. Of Education
Direct Loans
OSLA Student Loan Servicing
P.O. Box 18475
Oklahoma City OK 73154-0475

(p)OSLA STUDENT LOAN SERVICING
ATTN EMILY WRIGHT
525 CENTRAL PARK DRIVE
SUITE 600
OKC OK 73105-1706

Operating Engineers Lo
250 N Canyons Pkwy
Livermore, CA 94551-9470

Orthoatlanta
PO BOX 14099
Belfast, ME 04915-4034

Outpatient Imaging
300 NW Peacock Blvd
Port Saint Lucie, FL 34986-2207

(p)HOLLIS COBB
ATTN BANKRUPTCY DEPARTMENT
PO BOX 279
NORCROSS GA 30091-0279


Payments MD
PO Box 3475
Toledo, OH 43607-0475

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410

Pennymac Loan Services
6101 Condor Dr
Moorpark, CA 93021-2602


Piedmont Healthcare
PO Box 102859
Atlanta, GA 30368-2859

Planet Fitness
Post Office Box 40 (1196)
Yonkers, NY 10704-0040

Plantation Billing Center
PO Box 189016
Fort Lauderdale, FL 33318-9016


Portfolio Recovery Asociates
120 Corporate Blvd
Suite 100
Norfolk, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Medical Services
327 Dahlonega St Ste 603A
Cumming, GA 30040-2488


RGL ASSOCIATES, INC
PO BOX 1054
BRUNSWICK, GA 31521-1054

RGL Associates, Inc
3536 Darien Hwy
Brunswick, GA 31525-2401

Radiology Asso of Arlanta
PO Box 2326
Indianapolis, IN 46206-2326


(p)RECEIVABLE MANAGEMENT GROUP
ATTN BANKRUPTCY
2901 UNIVERSITY AVE STE #29
COLUMBUS GA 31907-7601

SE GA Heath System
PO BOX 1054
Brunswick, GA 31521-1054

K. Edward Safir
N. Whaley, Interim Ch. 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303-1229


K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1259

Santander Consumer USA Inc.
an Illinois Corp. dba Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-0275

Sca
P O Box 910
Edenton, NC 27932-0910


Howard P. Slomka
Slipakoff & Slomka, PC
6400 Powers Ferry Road
Suite 200
30339
Atlanta, GA 30339-2907

South Atlanta Radiology Assoc
119 Upper Riverdale Road SE
Riverdale, GA 30274

Southern Ortho and Sports Med
3231 Glynn Ave
Brunswick, GA 31520-4851


Southern Regional Medical Ctr
11 Upper Riverdale Road SW
Riverdale, GA 30274-2600

Stern & Associates
415 N Edgeworth Street
Suite 210
Greensboro, NC 27401-2071

Collisha Zorneke Thompson
60 Roundtree Road
Riverdale, GA 30274-4043


Wilbert Lucious Thompson
60 Roundtree Road
Riverdale, GA 30274-4043

TransWorld Syatems
PO Box 17221
Wilmington, DE 19850-7221

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Wells Fargo Bank                            orthopaedic Solutions PS
3476 Staeview Blvd                          670 South 8th Street
MAC # X7801-013 (FTC)                       Griffin, GA 30224-4214
Fort Mill, SC 29715-7203


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Big Picture Loans                    Caine & Weiner                       Chase Auto
PO Box 704                           Po Box 5010                          Po Box 901003
Watersmeet, MI 49969                 Woodland Hills, CA 91365             Ft Worth, TX 76101


Eagles Landing Family Practice       Georgia Department of Revenue        JEFFERSON CAPITAL SYSTEMS LLC
62 Kelly Road                        1800 Century Blvd                    PO Box 7999
McDonough, GA 30253                  Suite 17200                          St Cloud MN 56302
                                     Atlanta, GA 30345


(d)Jefferson Capital Systems LLC     LCA Collections                      OSLA/U.S. DEPARTMENT OF EDUCATION
PO Box 7999                          PO Box 2240                          PO BOX 4278
St Cloud, MN 56302-9617              Burlington, NC 27216-2240            PORTLAND, OR 97208-4278


(d)Ok Student Loan Author            Patient Accounts Bureau              Portfolio Recovery Associates, LLC
525 Central Park Dr Ste              PO Box 279                           POB 41067
Oklahoma City, OK 73105              Norcross, GA 30091-0279              Norfolk VA 23541


Rec Mgt Grp                          (d)Receivable Management Group
2901 University Av                   2901 University Avenue
Columbus, GA 31907                   Columbus, GA 31907


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Chrysler Capital                  (d)Exeter Finance LLC                (u)PennyMac Loan Services, LLC
Po Box 961275                        4515 N Santa Fe Ave. Dept. APS
Fort Worth, TX 76161-0275            Oklahoma City, OK 73118-7901


End of Label Matrix
Mailable recipients     91
Bypassed recipients      3
Total                   94